FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRIS K. BENNETT,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, CHRIS HICKS, BRITTANY PEREZ and WYATT HULL,<br><br>                Defendants. | No.   2:21-cv-00154-SMJ<br><br>**ORDER DENYING MOTION TO RECONSIDER APPOINTMENT OF COUNSEL** |

       On May 5, 2021, Plaintiff Kris K. Bennett, currently a prisoner at Stafford Creek Corrections Center ("SCCC") in the Western District of Washington, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. ECF No. On June 3, 2021 Court entered an order denying Plaintiff's request for appointment of counsel, ECF No. 8. On October1, 2021, Plaintiff filled a letter, ECF No. 18, which the Court construes as a motion to reconsider denial of appointment of counsel. Having considered the motion, the Court is fully informed and denies the motion.

       As the Court has previously informed the Plaintiff in its order, ECF NO. 8, this Court has discretion to designate counsel pursuant to 28 U.S.C. §1915(e)(1)

ORDER DENYING MOTION TO RECONSDIER APPOINTMENT OF COUNSEL – 1

only in "exceptional circumstances." *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). Again, at this time, the record does not reflect exceptional circumstances warranting the appointment of counsel to assist Plaintiff.

Accordingly, **IT IS HEREBY ORDERED**:

Plaintiff's Motion for Reconsideration of Appointment of Counsel, **ECF No. 18**, is **DENIED**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and forward a copy to Plaintiff.

DATED this 18th day of November 2021.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING MOTION TO RECONSDIER APPOINTMENT OF COUNSEL – 2