FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRIS K. BENNETT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS HICKS, Correctional Unit Supervisor,<br><br>　　　　　　　　　　Defendant. | NO: 2:21-CV-0154-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the Ninth Circuit's Memorandum reversing this Court's denial of qualified immunity. ECF No. 79. The Mandate has now issued. ECF No. 80. The Ninth Circuit ruled that Chris Hicks is entitled to qualified immunity. He is the only remaining Defendant.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

This action is **DISMISSED** with prejudice pursuant to the Ninth Circuit's Memorandum.

ORDER OF DISMISSAL ~ 1

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 8, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2